# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABRAHAM CAMPOS**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**SP REALTY INVESTMENTS LLC**, *et al.*,<br><br>    Defendants. | Case No.   22-cv-07426-BRM-SDA |
| **ABRAHAM CAMPOS**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**BESIM KUKAJ**, *et al.*,<br><br>    Defendants. | Case No. 23-cv-21802-BRM-SDA |
| **ABRAHAM CAMPOS**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DIA INVESTMENT GROUP**, *et al.*,<br><br>    Defendants. | Case No. 24-cv-01358-BRM-SDA |

**THIS MATTER** having come before the Court for a status conference before the undersigned on **December 5, 2024,** and for good cause shown,

**IT IS, on this 5th day of December, 2024, hereby ORDERED** as follows:

1. The matter is hereby **STAYED** as to Defendant DIA Investment Group LLC **ONLY.**

2. The parties are directed to submit a consent order to depose Defendant Besim Kukaj, who is currently incarcerated.

3. Fact discovery is extended to **January 31, 2025.**

4. Affirmative expert reports are due by **February 15, 2025.**

5. Responsive expert reports are due by **March 15, 2025.**

6. Expert discovery, including expert depositions, shall be completed by **April 15, 2025.**

7. Dispositive motions shall be filed within 60 day of the close of expert discovery. If no expert discovery is required, the parties shall file a letter.

8. A status conference shall be held on **April 25, 2025 at 10:00 am** via videoconference. Microsoft Teams credentials to be provided. No later than 5 days prior to the conference, the parties shall file a joint letter, no more than 3 pages in length, setting forth the current status of the case.

          */s/ Stacey D. Adams*
          Hon. Stacey D. Adams, U.S.M.J.